United States Court of Appeals,

Eleventh Circuit.

No. 96-7148.

EXPRESS OIL CHANGE, INC., Plaintiff-Appellee,

v.

UNITED STATES of America, Defendant-Appellant.

Dec. 18, 1998

Appeal from the United States District Court for the Northern District of Alabama (No. CV-95-B-1612-S); Sharon Lovelace Blackburn, Judge.

Before COX, CARNES and HULL, Circuit Judges.

PER CURIAM:

This case is affirmed for the reasons stated in the district court's thorough and well-reasoned order dated September 30, 1996, and cited as --- F.Supp.2d ---- (N.D.Ala.1996).

AFFIRMED.